UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN R. LARD,

    **Plaintiff,**

v.                                                                                     **Case No.: 8:17-cv-1165-T-AAS**

COMMISSIONER OF SOCIAL
SECURITY,

    **Defendant.**
_____/

## ORDER

John R. Lard moves for an award of attorney's fees in the amount of $5,950.31, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. 16). The Commissioner does not oppose the requested relief.

The court entered an order reversing and remanding this case under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings. (Doc. 14). The Clerk entered judgment in favor of Mr. Lard thereafter. (Doc. 15). As the prevailing party, Mr. Lard now requests an award of attorney's fees. *See* 28 U.S.C. § 2412(a)(1) & (d)(1)(A).

After issuance of an order awarding EAJA fees, however, the United States Department of the Treasury will determine whether Mr. Lard owes a debt to the government. If Mr. Lard has no discernable federal debt, the government will accept Mr. Lard's assignment of EAJA fees and pay the fees directly to counsel. (Doc. 16-1).

For the reasons set out in the motion, it is **ORDERED** that Mr. Lard's Uncontested Petition for Award of Attorney's Fees (Doc. 16) is **GRANTED**. Mr. Lard is awarded attorney's fees in the amount of **$5,950.31**, pursuant to the EAJA.

**ORDERED** in Tampa, Florida, on this 6th day of August, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge